**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00775-CV

### IN RE THERESA BARNETT, Relator

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC10-00136**

## ORDER

Before the Court is relator's letter of November 13, 2013, requesting a refund of filing

fees. We treat relator's letter as a motion. We **DENY** the motion.


/s/    DAVID L. BRIDGES
        JUSTICE